No. 414.  LOUIS SINGER, DOING BUSINESS AS L. SINGER PRODUCE COMPANY, *v.* AMERICAN EXPRESS COMPANY.

October 11, 1920. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri denied. *Mr. Albert S. Marley* for petitioner. *Mr. Cyrus Crane* for respondent.